IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**SHIRLEY MORSE,**

    **Plaintiff,**

v.                       **Civil Action No. 2:18-01298**

**ALDI, INC., (Maryland); ALDI, INC. (Ohio); and
ALDI, INC. (Pennsylvania),**

    **Defendants.**

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties hereby advise the Court that a settlement has been reached in the above referenced civil action number.

                                                   **SHIRLEY MORSE,
By Counsel.**

/s/J. Kristofer Cormany
J. Kristofer Cormany (WVSB #7665)
Cormany Law, PLLC
P. O. Box 11827
Charleston, WV 25339
(304) 720-3566; (304) 720-3568 (facsimile)
kcormany@cormanylaw.com

And

Kevin P. Davis (WVSB #8687)
406 Va. Street West
Charleston, WV 25302
(304) 380-9080; (681) 404-3021 (facsimile)
kevinwvpersonalinjurylawyer@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**SHIRLEY MORSE,**

    **Plaintiff,**

v.                                                                        Civil Action No. 2:18-01298

**ALDI, INC., (Maryland); ALDI, INC. (Ohio); and
ALDI, INC. (Pennsylvania),**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, the undersigned, counsel for plaintiff, do hereby certify that I have served the foregoing ***"Notice of Settlement"*** upon counsel of record this 27th day of November, 2019, by CM/ECF which will automatically cause an electronic copy to be delivered to the following counsel of record:

Ashley W. French, Esq. (WVSB #9060)
Allison M. Subacz, Esq. (WVSB #11378)
Cipriani & Werner, P.C.
500 Lee Street East, Suite 900
Charleston, WV 25301
(304) 341-0500
afrench@c-wlaw.com
asubacz@c-wlaw.com
***Counsel for Aldi, Inc.***

/s/J. Kristofer Cormany
J. Kristofer Cormany (WVSB #7665)
Cormany Law, PLLC
P. O. Box 11827
Charleston, WV 25339
(304) 720-3566; (304) 720-3568 (facsimile)
kcormany@cormanylaw.com

And

Kevin P. Davis (WVSB #8687)
406 Va. Street West
Charleston, WV 25302
(304) 380-9080; (681) 404-3021 (facsimile)
kevinwvpersonalinjurylawyer@gmail.com

2